**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| X-MOBILE TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ZTE CORPORATION AND<br>ZTE (TX), INC.,<br><br>    Defendants. | CIVIL ACTION NO. 4:17-cv-696<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF X-MOBILE TECHNOLOGIES LLC'S
CORPORATE DISCLOSURE STATEMENT**

Plaintiff X-Mobile Technologies LLC ("X-Mobile") is a Texas limited liability company.

X-Mobile has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: October 5, 2017

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006

(713) 581-3000

*Attorneys for X-Mobile LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Zachariah S. Harrington*
Zachariah S. Harrington